Case 7:21-cv-04492-PMH Document 32 Filed in NYSD on 05/18/2022 Page 1 of 1



**DENLEA & CARTON LLP**

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
ccepler@denleacarton.com

May 18, 2022

**By ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> Application granted. The deadline to complete expert and all discovery is extended to 6/24/2022. The case management conference scheduled for 5/23/2022 is adjourned to 7/7/2022 at 11:00 a.m. to be held by telephone using the same dial-in instructions provided in the Court's prior order.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 18, 2022

Re: *Jorge Alves v. United States of America*
Case No. 7:21-cv-4492 (PMH) (S.D.N.Y.)

Dear Judge Halpern:

We represent plaintiff Jorge Alves in the above-referenced matter. We write, jointly with Defendant, to respectfully request a brief adjournment of the deadline to complete expert discovery to June 24, 2022.

The parties have completed all discovery except for Plaintiff's deposition of Defendant's medical expert. Due to several issues, principally the doctor's schedule, the earliest date we could schedule the deposition is June 21, 2022.

Further, there is a case management conference for May 23, 2022. We respectfully request this conference be adjourned until after the completion of discovery (and after July 4, 2022, as I will be out of the office starting on June 24, 2022 through July 4).

This is the parties' third request to extend the discovery schedule, the Court having granted both prior requests.

We thank the Court for its attention to this matter.

Respectfully,

DENLEA & CARTON LLP

By: _____
Craig M. Cepler

cc: All Counsel of Record (by ECF)